Expedited hearing shall be held on 10/8/2014 at 09:00 AM in SA Courtroom 3. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 03, 2014**

*/s/ Craig A. Gargotta*

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | X | |
| | X | CASE NO. 14-51309-CAG |
| MCKEN, LLC | X | |
| | X | CHAPTER 11 |
| DEBTOR | X | |

### ORDER EXPEDITING HEARING ON APPLICATION TO COMPROMISE CONTROVERSY WITH BOB & BEVERLY BUFFINGTON

On this day, came on to be considered the Motion for Expedited Hearing on Debtor's Application to Compromise Controversy With Bob & Beverly Buffington (hereinafter "Motion"), and it appearing to the Court that there is good cause to expedite such hearing and accordingly, the Motion for Expedited Hearing should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Application to Compromise Controversy With Bob & Beverly Buffington is scheduled for expedited hearing on the date and time listed above.

L & B 17039/0002/L0890672.WPD/

###

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Telephone (210) 736-6600